**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| WebSock Global Strategies LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Glorious LLC,<br><br>    Defendant. | Civil Action No. 7:26-cv-127 |

### NOTICE OF APPEARANCE BY JAMES CREEDON FOR DEFENDANT

Please take notice that James Creedon is admitted to practice in this Court and now enters his appearance as counsel of record on behalf of Defendant Glorious LLC. Plaintiff requests that all service be directed to the above-referenced attorney.

Dated: April 7, 2026

Respectfully submitted,

**Scale LLP**

By: */s/ James H. Creedon*
James H. Creedon
Texas Bar No. 24092299
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Tel.   972.850.6864
jcreedon@scalefirm.com

ATTORNEY FOR DEFENDANT
GLORIOUS LLC

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice of Appearance was served by way of the ECF upon all counsel of record on April 7, 2026.

/s/ James Creedon
James Creedon

2